UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JUAN MEJIA and EMANUEL PERALTA,
individually and on behalf of all persons
similarly situated,

                                Plaintiffs,

- against -

EAST MANOR USA INC., GREAT JJ CORP.,
QUEENS MANOR, INC., CATERIA CORP.,
SUN OK MOON, TIN MING CHENG a/k/a
TIM MING CHENG (other aliases possible) and
BETTY CHUNG,

                                Defendants.
-----------------------------------------------------------------x

**ORDER**

No. 10-cv-4313

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 17 2013 ★
BROOKLYN OFFICE

**GERSHON, United States District Judge:**

The court adopts the unopposed and characteristically thorough Report and Recommendation of Chief Magistrate Judge Steven M. Gold, dated April 19, 2013, regarding the damage award made to plaintiffs.[1] As recommended by Judge Gold, compensatory and liquidated damages in the amount of $257,131.06 are awarded to twelve of the twenty plaintiffs in this action in the following amounts: $21,311 in unpaid wages and liquidated damages to plaintiff Jian Shen Chen; $16,092.83 to Felipa Tlamani Cuetlach; $21,922.86 to Wing Sum Eng; $18,433.33 to Jin Wei Feng; $15,619.33 to Jie Fan Huang; $19,261 to Yu Yao Huang; $10,886.67 to Chen Mei Jiao; $18,522.38 to Pei Ling Liang; $15,813.33 to Xiao Ling Lin; $26,772 to Julio Francisco Vasquez; $31,195 to Juan Mejia, plus 9% per annum interest on $11,474 of that amount from August 3, 2006 to the date of judgment pursuant to N.Y. C.P.L.R §

---

[1] Appearing defendants Betty Chung, Sun Ok Moon, and Great JJ Corporation have been dismissed from the case. ECF No. 53, 77.

5004; $33,495.31 to Emmanuel Peralta, plus 9% per annum interest on $11,456.25 of that amount from May 13, 2006 to the date of judgment pursuant to N.Y. C.P.L.R § 5004. Plaintiffs' attorneys are awarded $35,443.52 in fees and costs.

SO ORDERED.

_____
NINA GERSHON
United States District Judge

Dated: May 14, 2013
Brooklyn, New York